**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN PAUL WYNN, )<br>  )<br>         Plaintiff, )<br>  )<br>     v. )<br>  )<br>WEST VALLEY DETENTION CENTER, )<br>et al., )<br>  )<br>         Defendants. )<br>_____) | No. EDCV 08-1509-PSG(CW)<br><br>ORDER ACCEPTING REPORT AND<br>RECOMMENDATION OF UNITED STATES<br>MAGISTRATE JUDGE |

   Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge.  No objections to the Report and Recommendation have been received.

   **IT IS ORDERED**: (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; and (2) that judgment be entered dismissing this action, without prejudice, for failure to prosecute and on the grounds discussed in the Memorandum and Order filed August 12, 2009 (docket no. 9).

**IT IS FURTHER ORDERED** that this order and the judgment herein be served on the parties.

DATED:     October 21, 2009

_____
PHILIP S. GUTIERREZ
United States District Judge