# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PAUL WYNN, | No. EDCV 08-1509-PSG(CW) |
|     Plaintiff, | JUDGMENT |
|     v. | |
| WEST VALLEY DETENTION CENTER, et al., | |
|     Defendants. | |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED:   October 21, 2009

                                                 PHILIP S. GUTIERREZ
                                     United States District Judge